**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2516

PITTSBURGH LOGISTICS SYSTEMS, INCORPORATED,

Plaintiff - Appellant,

versus

WHEELING-NISSHIN, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (CA-04-85-5)

Argued: May 25, 2005                    Decided: June 30, 2005

Before WILLIAMS, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Johnson Wayne Gabhart, THAXTON & JOHNSTONE, L.L.P., Charleston, West Virginia, for Appellant. Ellen Lindsay Maxwell-Hoffman, Anthony Paul Tokarz, BOWLES, RICE, MCDAVID, GRAFF & LOVE, P.L.L.C., Charleston, West Virginia, for Appellee. **ON BRIEF:** Charles M. Johnstone, II, THAXTON & JOHNSTONE, L.L.P., Charleston, West Virginia, for Appellant.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In 2002 Pittsburgh Logistics Systems, Inc. (Pittsburgh Logistics) submitted a proposal to Wheeling-Nisshin, Inc. (Wheeling-Nisshin) to manage Wheeling-Nisshin's product transportation logistics. Wheeling-Nisshin rejected the proposal, and Pittsburgh Logistics claims that Wheeling-Nisshin misappropriated trade secrets and proprietary information contained in the proposal. Pittsburgh-Logistics sued Wheeling-Nisshin, contending among other things that Wheeling-Nisshin violated the West Virginia Uniform Trade Secrets Act, W. Va. Code Ann. §§ 47-22-1 to 10. The district court granted summary judgment to Wheeling-Nisshin, holding that Pittsburgh Logistic's proposal did not contain any information that was a trade secret under the West Virginia Act. Pittsburgh Logistics appeals. After considering the briefs, the joint appendix, and the arguments of counsel, we find no error. Accordingly, we affirm on the reasoning of the district court. See Pittsburgh Logistics Systems, Inc. v. Wheeling-Nisshin, Inc., civ. action no. 5:04CV85 (N.D. W. Va. Nov. 4, 2004).

AFFIRMED